IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMUEL WHITE, | ) | CASE NO.  8:08 CV 447 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ROBERTS  DAIRY COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Motion of the Plaintiff with the Stipulation of the parties (Filing No. 59) seeking the entry of an Order extending the time from the current due date of April 26, 2010 for Plaintiff to file a response to Defendant's Motion for Summary Judgment to and including April 30, 2010.

IT IS THEREFORE ORDERED that the Plaintiff is hereby granted an extension of time from the current due date of April 26, 2010 for Plaintiff to file a response to Defendant's Motion for Summary Judgment to and including  April 30, 2010.

DATED this 21st day of  April, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
United States District Court Judge